```
UNITED STATES DISTRICT COURT
   MIDDLE DISTRICT OF TENNESSEE
        NASHVILLE DIVISION
```

| | |
|---|---|
| JAMES CRUM ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:04-0643 |
| ) | JUDGE ECHOLS |
| TYSON FRESH MEATS, f/k/a ) | |
| IBP, INC. ) | |
| ) | |
| Defendant. ) | |

### ORDER

Pending before the Court is Defendant Tyson Fresh Meats, Inc. f/k/a IBP, Inc.'s Motion for Summary Judgment (Docket Entry No. 13) to which Plaintiff James Crum has responded (Docket Entry No. 21) and Defendant has replied (Docket Entry No. 24). For the reasons set forth in the Memorandum entered contemporaneously herewith, Defendant's Motion for Summary Judgment is GRANTED. Accordingly, this case is hereby DISMISSED.

IT IS SO ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE